THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* STANLEY COLE, Appellant.

Argued April 24, 1941; decided May 22, 1941.

*Ira Levitas, Hyman J. Reit* and *Miles O'Brien* for appellant.

*Thomas E. Dewey, District Attorney (Stanley H. Fuld* and *Richard G. Denzer* of counsel), for respondent.

*Per Curiam.* Under section 1045-a of the Penal Law, the trial judge in a felony murder case, may or may not follow the recommendation of a jury that the defendant be sentenced to life imprisonment. When requested so to do the trial judge should charge the jury that he is not bound by law to follow such a recommendation, if one should be made.

Judgment of conviction affirmed.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.